JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHAMBERS and LARRY JEFFERSON, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES; LOS ANGELES SHERIFF'S DEPARTMENT; DEPUTY DOES 1-10; and SHERIFF ALEX VILLANUEVA, <br><br> Defendants. | Case No. 2:21-cv-08733-MCS-JEM <br><br> **JUDGMENT** |

Pursuant to this Court's Order granting in part and denying in part Defendants' motion for summary judgment, it is hereby ordered, adjudged, and decreed that judgment is entered as to all claims in favor of Defendant Sheriff Villanueva and against Plaintiffs Christopher Chambers and Larry Jefferson Jr.   Plaintiffs shall take nothing from his action.  The claims are dismissed with prejudice.

1

Pursuant to this Court's Order granting in part and denying in part Defendants' motion for summary judgment, it is further ordered, adjudged, and decreed that judgment is entered as to all claims in favor of Defendants the County of Los Angeles and the Los Angeles Sheriff's Department and against Plaintiff Christopher Chambers. Plaintiff shall take nothing from his action. The claims are dismissed with prejudice.

Pursuant to this Court's Order granting in part and denying in part Defendants' motion for summary judgment, it is further ordered, adjudged, and decreed that judgment is entered as to all claims arising under 42 U.S.C. § 1983 and the Unruh Civil Rights Act (California Civil Code section 51 *et seq.*) in favor of Defendants the County of Los Angeles and the Los Angeles Sheriff's Department and against Plaintiff Larry Jefferson Jr. Plaintiff shall take nothing from his action. The claims are dismissed with prejudice.

Pursuant to this Court's Order declining to exercise supplemental jurisdiction over the remaining state law claims, the remaining state law claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 19, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE